NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Greg.Addington@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, a Nevada limited liability company, | 2:20-cv-1361-APG-EJY |
| Plaintiff, | |
| v. | **MOTION TO ADMIT GOVERNMENT ATTORNEY (FRANCES MORRIS)** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Frances Morris to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. Morris will enter an appearance in this action on behalf of the federal defendants.

Ms. Morris has been a licensed attorney since 2013. Ms. Morris is a member in good standing of the District of Columbia Bar (Bar # 1016833) and the Virginia Bar (Bar # 85674). Ms. Morris is an attorney employed by the United States Department of Justice. She currently holds the position of Trial Attorney, Environment and Natural Resources Division, Natural Resources Section, and her office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a

member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

    It is respectfully requested that an Order be issued permitting Frances Morris to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. Morris will enter an appearance in this action on behalf of the federal defendants.

                                            Respectfully submitted,

                                            NICHOLAS A. TRUTANICH  
                                            United States Attorney

                                            /s/ Greg Addington  
                                            GREG ADDINGTON  
                                            Assistant United States Attorney

                              IT IS SO ORDERED:

Date: September 3, 2020

                              _____  
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (FRANCES MORRIS)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 3rd day of September, 2020.

/s/ Greg Addington  
GREG ADDINGTON