MITCHELL S. BISSON, ESQ.
Nevada Bar No.: 11920
911 LAW GROUP
911 N. Buffalo Drive, Suite 201
Las Vegas, NV 89128
Tel.: (702) 385-3343
Fax: (702) 385-2899
mbisson@911legalgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNIVERSARY MINING CLAIMS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE, an agency within the United States Department of the Interior; LAKE MEAD NATIONAL RECREATION AREA, unit managed by the NATIONAL PARK SERVICE; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendant. | CASE NO.: 2:20-CV-1361-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to extend the deadlines for Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities (ECF No. 7) and Defendant's Reply thereof. This is the first request to extend such deadlines.

The deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities (ECF No. 7) shall be extended from October 30, 2020 to November 13, 2020.

The deadline for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Points and Authorities (ECF No. 7) shall be extended to November 20, 2020.

Due to the corona-virus pandemic, as well as Plaintiff's counsel's law firm undergoing administrative changes, additional time is being requested to respond to the above-mentioned motions. Undersigned counsel requires the additional time requested herein to adequately prepare the oppositions and reply briefs in the present matter.

This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

Respectfully submitted this 29th day of October 2020.

| | |
|---|---|
| 911 LAW GROUP | PAUL E. SALAMANCA<br>Deputy Assistant Attorney General<br>Environment & Natural Resources Division |
| /s/ Mitchell S. Bisson<br>_____<br>MITCHELL S. BISSON, ESQ.<br>911 N. Buffalo Drive, Suite 201<br>Las Vegas, Nevada 89128<br>702-385-3343<br>*Attorney for Plaintiff* | /s/ Frances B. Morris<br>_____<br>FRANCES B. MORRIS (DC Bar No. 1016833)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: (202) 514-2855; Fax: (202) 305-0506<br>Email: frances.morris@usdoj.gov<br>*Attorneys for Federal Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 30, 2020